# United States Bankruptcy Court
## District of Connecticut



In re:

  Jay E. Davis

               Debtor*

Case Number: 25−20536 jjt
Chapter: 7

Anthony S. Novak, Chapter 7 Trustee for the Estate of Jay E. Davis

               Plaintiff(s)

v.

Famata Davis

               Defendant(s)

Adversary Proceeding
No.: 25−02029 jjt

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

Anthony S. Novak, Trustee (the "Movant"), having filed an Amended Motion to Expedite Hearing (ECF No. 32), in connection with a Motion to Approve Settlement Agreement ECF No. 28), it appearing that the relief in the Motion to Expedite Hearing should be granted; it is hereby

**ORDERED:** A hearing to consider the Motion to Approve Settlement Agreement will be held on April 27, 2026 at 10:00 AM by the undersigned Bankruptcy Judge. The hearing will be held remotely using the ZoomGov platform; and it is further

**ORDERED:** Service of the Order Granting the Motion for Expedited Hearing and the Motion to Approve Settlement Agreement must be made on all parties entitled to notice under applicable statutes and/or rules **on or before** April 23, 2026 by 4:00 PM; and it is further

**ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing have been complied with must be filed **on or before** April 24, 2026 by 4:00 PM.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

    Dated:    April 22, 2026

                                                        BY THE COURT

                                             *James J. Tancredi*
                                          *United States Bankruptcy Judge*
                                          *District of Connecticut*

    United States Bankruptcy Court
    District of Connecticut
    450 Main Street, 7th Floor
    Hartford, CT 06103
  * For the purposes of this order, "Debtor" means "Debtors" where applicable.

## ZOOMGOV CONNECTION INSTRUCTIONS

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

## ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: **CalendarConnect_HTD@ctb.uscourts.gov**. If you do not have an email address, you may call the Clerk's Office at **(860) 240-3675** for the instructions.

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the "Procedures and Instructions for Remote Appearances using ZoomGov" on our website at www.ctb.uscourts.gov.